ACCEPTED
03-14-00801-CV
4666740
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 9:27:11 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00801-CV

### IN THE THIRD COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 9:27:11 AM
JEFFREY D. KYLE
Clerk

_____

**THE UNIVERSITY OF TEXAS SYSTEM AND THE UNIVERSITY OF TEXAS AT DALLAS**
*Appellants,*
v.
**KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS**
*Appellee,*
v.
**MARILYN CAMERON**
*Intervenor/Appellee.*

_____

On Appeal from the 345th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GV-11-001923
The Honorable Stephen Yelenosky, Judge Presiding

_____

### INTERVENOR'S RESPONSE TO JOINT MOTION FOR EXTENSION OF BRIEFING DEADLINES

TO THE HONORABLE JUSTICES:

Come now, intervenor/appellee, Marilyn Cameron, files this Intervenor's Response to Joint Motion for Extension of Briefing Deadlines, and in support thereof will respectfully show this Court the following:

On December 18, 2014, pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, appellants' attorney, Joshua Godbey, formally filed with the Court Plaintiffs' Notice of Appeal on behalf of the University of Texas System and the University of Texas at Dallas.

Intervenor's Response to Extension Request                                           1

On February 24, 2015, appellants' attorney, H. Melissa Mather, filed Appellants' Unopposed Motion for Extension of Time to File Opening Brief for above referenced cause, due to the fact that the attorney was recently assigned to the case and requested additional time to prepare. Request was granted and the deadline was extended until March 30, 2015.

The cause on appeal, #D-1-GV-11-001923, was a forthright lawsuit under the Public Information Act, initiated by appellants, against an opinion issued by the former Attorney General of the State of Texas, Greg Abbott. Held in the 261st District Court in Travis County, the lawyers presented documents, pleadings, and arguments before the Court. The case involved no witnesses, cross-examinations, subpoenas, or jury. A final summary judgment was declared on November 24, 2014.

Intervenor respectfully requests that the Court deny the Joint Motion for Extension of Briefing Deadlines.

Respectfully submitted,

*/s/ Marilyn Cameron*
Marilyn Cameron
18222 Outback Lakes Trail
Humble, TX  77346
(713) 320-4092
mizcameron@yahoo.com
**Intervenor, Pro Se**

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, a true and correct copy of

*Intervenor's Response to Joint Motion for Extension of Briefing Deadlines* was

served via e-service and/or email to the following counsel:

H. Melissa Mather
State Bar No. 240102216
Assistant Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, TX 78711-2548
Phone: (512) 475-2540
Fax: (512) 477-2348
melissa.mather@texasattorneygeneral.gov
*Attorney for Appellants*

Kimberly L. Fuchs
State Bar No. 24044140
Chief, Open Records Litigation
Administrative Law Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone: (512) 475-4195
Fax: (512) 320-0167
kimberly.fuchs@texasattorneygeneral.gov
*Attorney for Appellee Attorney General*

*/s/ Marilyn Cameron*
Marilyn Cameron